## Frank HUNNICUTT v. STATE.
### No. 16192.

Court of Criminal Appeals of Texas.
Jan. 3, 1934.

M. G. Mell, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The unlawful sale of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular. A plea of guilty was entered. The evidence heard in the trial court is not brought up for review. No irregularity in the proceedings has been pointed out or perceived.

The judgment is affirmed.